THE FANCY PRAIRIE CONGREGATION OF THE CUMBERLAND PRESBYTERIAN CHURCH *et al.* Plaintiffs in Error, *vs.* JAMES KING *et al.* Defendants in Error.

*Opinion filed April 21, 1910.*

This case is controlled by the decision in *First Presbyterian Church of Lincoln* v. *First Cumberland Presbyterian Church of Lincoln,* (*ante,* p. 74.)

WRIT OF ERROR to the Circuit Court of Menard county; the Hon. GUY R. WILLIAMS, Judge, presiding.

HARDIN W. MASTERS, T. W. McNEELY, THOMAS D. MASTERS, and W. C. CALDWELL, for plaintiffs in error.

JOHN M. GAUT, EDWARD G. KING, and JAMES E. MILLER, for defendants in error.

Per CURIAM: The principles involved in this case are the same as those in the case of *First Presbyterian Church of Lincoln* v. *First Cumberland Presbyterian Church of Lincoln,* (*ante,* p. 74,) and in accordance with the views expressed in that opinion the decree of the circuit court of Menard county will be affirmed.    *Decree affirmed.*